**Order entered October 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00078-CR

**ARMANDO RODRIGUEZ ZUNIGA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6
Dallas County, Texas
Trial Court Cause No. F12-52672-X**

## ORDER

On September 26, 2014, this Court ordered the Dallas County District Clerk to file, within fourteen days, a supplemental clerk's record containing the jury charge as to punishment and the jury's verdict on punishment. To date, we have not received the supplemental clerk's record.

Accordingly, we **ORDER** Gary Fitzsimmons, Dallas County District Clerk to file, within **TEN DAYS** of the date of this order, a supplemental record containing the trial court's jury as to punishment and the jury's verdict as to punishment.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Ftizsimmons, Dallas County District Clerk, and to counsel for all parties.

/s/     LANA MYERS
        JUSTICE